IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DOUGLAS MARTIN, | 1:07-cv-0765 LJO WMW (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| M.S. EVANS, | (DOCUMENT #12) |
| Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 7, 2008, petitioner filed a motion to extend time to file his traverse. Inasmuch as petitioner filed the traverse on March 10, 2008, and good cause having been presented to the court, IT IS HEREBY ORDERED that:

Petitioner's motion to extend time to file his traverse is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:   March 26, 2008**          /s/  William M. Wunderlich
                                     UNITED STATES MAGISTRATE JUDGE